UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GLENNDA GATCHALIAN**,

Plaintiff,

v.

**EQUIFAX, INC., ET AL.**,

Defendants.

Case No. 16-CV-06334-YGR

**ORDER DENYING DEFENDANT EQUIFAX, INC.'S MOTION TO CONSOLIDATE**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has considered defendant Equifax, Inc.'s Motion to Consolidate filed on December 20, 2016 and plaintiff's opposition to the Motion on January 3, 2017.

The Court does not find that consolidation of all of the cases filed by the Sagaria Law Firm is warranted and accordingly **DENIES** the Motion to Consolidate. Parties shall abide by the Court's case management order (Dkt. No. 16.), which was issued to streamline briefing on all related cases before this Court.

This terminates Docket Number 18.

**IT IS SO ORDERED.**

Dated: January 25, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**