1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION
10

11

12 | GLENNDA GATCHALIAN,              | Federal Case No.: 4:16-CV-06334-YGR |
13 |            Plaintiff,             |                                     |
14 |       vs.                         | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT ASSET ACCEPTANCE, LLC; [PROPOSED] ORDER** |
15 | EQUIFAX, INC.; et. al.,           |                                     |
16 |            Defendants.            |                                     |

17 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

18      IT IS HEREBY STIPULATED by and between plaintiff Glennda Gatchalian and
19
   defendant Asset Acceptance, LLC ("Asset Acceptance"), that Asset Acceptance be dismissed
20
   from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and
21
   that each party shall bear its own attorneys' fees and costs.
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28
                                          1
   STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT ASSET ACCEPTANCE, LLC; [PROPOSED]
                                       ORDER

DATED: April 4, 2017     Sagaria Law, P.C.

By: _____*/s/ Elliot W. Gale*_____
         Elliot W. Gale
Attorneys for Plaintiff
Glennda Gatchalian

DATED: April 4, 2017     Holland & Knight LLP

By: _____*/s/ Jessica Lanier*_____
         Jessica Lanier
Attorneys for Defendant
Asset Acceptance, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Jessica Lanier has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Asset Acceptance is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 10, 2017     _____
                          YVONNE GONZALEZ ROGERS
                          UNITED STATES DISTRICT JUDGE