1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 100
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Glennda Gatchalian
8

9

10
                    UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION
12

13
   GLENNDA GATCHALIAN,                    Federal Case No.: 4:16-CV-06334-YGR
14
            Plaintiff,
15
                                          ORDER GRANTING
       vs.                                **STIPULATED REQUEST FOR**
16                                        **DISMISSAL OF DEFENDANT EQUIFAX,**
   EQUIFAX, INC.; et. al.,                **INC.;** [PROPOSED] ORDER
17
            Defendants.
18

19
   **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**
20
       IT IS HEREBY STIPULATED by and between plaintiff Glennda Gatchalian and
21
   defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice
22
   pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its
23
   own attorneys' fees and costs.
24
   //
25
   //
26
   //
27
   //
28

                                            1

DATED: August 25, 2017           Sagaria Law, P.C.

                                 By:     */s/ Elliot W. Gale*
                                         Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Glennda Gatchalian

DATED: August 25, 2017           Nokes & Quinn

                                 By:     */s/ Thomas P. Quinn, Jr.*
                                         Thomas P. Quinn, Jr.
                                 Attorneys for Defendant
                                 Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 30, 2017           _____
                                 YVONNE GONZALEZ ROGERS
                                 UNITED STATES DISTRICT JUDGE